Thomas P. Quinn, Jr. (SBN 132268)
Nokes & Quinn APC
410 Broadway, Ste 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE D. TAUANUU,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LOANCARE LLC., et al.,<br><br>　　　　Defendants. | Case No.: 4:17-cv-02742-HSG<br><br>**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Date: August 15, 2017**<br>**Time: 2:00 p.m.**<br>**Courtroom 2, 4th Floor** |

　　　Upon consideration of Defendant EQUIFAX INFORMATION SERVICES LLC'S ("Equifax"), Motion for Leave to Appear Telephonically at the Case Management Conference ("Motion"), and for good cause shown, it is hereby,

　　　ORDERED that Equifax's Motion is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　Northern District of California