Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Leslie D. Tauanuu,<br><br>            Plaintiff,<br><br>    v.<br><br>Loancare, LLC, a Virginia corporation;<br>Trans Union, LLC;<br>Experian Information Solutions, Inc.; and<br>Equifax Information Services, LLC,<br><br>            Defendants. | Case No. 4:17-cv-02742-HSG<br><br>**ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: August 15, 2017<br>Time: 2:00 p.m.<br>Ctrm: 2 – 4th Floor<br><br>Hon. Haywood S. Gilliam, Jr. |

Having considered Defendant Experian Information Solutions, Inc.'s ("Experian") motion for telephonic appearance and good cause appearing therefor, it is hereby ORDERED that Experian's lead counsel is excused from personally appearing at the Case Management Conference set for August 15, 2017, at 2:00 p.m., and may appear telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: August 9, 2017

                                                           */s/ Haywood S. Gilliam, Jr.*
                                                           Honorable Haywood S. Gilliam, Jr.
                                                           United States District Judge