# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE D TAUANUU,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE, LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-02742-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 15, 2017. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Amendment of Pleadings | August 31, 2017 |
| Close of Fact Discovery | January 31, 2018 |
| Exchange Opening Expert Reports | February 28, 2018 |
| Exchange Rebuttal Expert Reports | March 15, 2018 |
| Close of Expert Discovery | April 1, 2018 |
| Dispositive Motions Hearing | May 31, 2018 at 2:00 p.m. |
| Pretrial Conference | August 28, 2018 at 3:00 p.m. |
| 4-day Jury Trial | September 10, 2018 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 8/16/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge