Scott E. Brady, Esq.  (IN #30534-49)
   (admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LESLIE D. TAUANUU,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>LOANCARE, LLC, a Virginia corporation;<br>TRANS UNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; and<br>EQUIFAX INFORMATION SERVICES, LLC;<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:17-cv-02742-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Leslie D. Tauanuu, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-02742-HSG**

Respectfully submitted,

Date: __August 16, 2017__

*s/ Mark F. Anderson*
Mark F. Anderson, Esq.  (44787)
Anderson, Ogilvie & Brewer, LLP
1736 Stockton Street, Ground Floor
San Francisco, CO  94133
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Leslie D. Tauanuu*

Date:__August 16, 2017__

*s/ Scott E. Brady*
Scott E. Brady, Esq.  (IN #30534-49)
  (admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone: 415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-02742-HSG**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Leslie D. Tauanuu against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Leslie D. Tauanuu and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: <u>August 16, 2017</u>

JUDGE, United States District Court, Northern District of California

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:17-CV-02742-HSG**