Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Leslie D. Tauanuu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE D. TAUANUU,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LOANCARE, LLC, et al,<br><br>　　　Defendants. | Case No. 4:17-cv-02742 HSG<br><br>ORDER FOR DISMISSAL OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.& EQUIFAX INFORMATION SERVICES, LLC |

Based on the parties' stipulation and for good cause shown, plaintiff Leslie D. Tauanuu's claims against defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC are hereby dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(2).

Date: October 13, 2017

_Haywood S. Gilliam Jr._
United States District Judge