Terrance J. Evans (SBN 227671)
Seth K. Kugler (SBN 304668)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
E-mail: tjevans@duanemorris.com
skkugler@duanemorris.com

Attorneys for Defendant
LOANCARE LLC, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE D. TAUANUU,<br><br>Plaintiff,<br><br>v.<br><br>LOANCARE, LLC, a Virginia corporation; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br><br>Defendants. | Case No. 4:17-CV-02742<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION AND ADR COMPLETION DEADLINE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: May 12, 2017 |

**STIPULATION AND ORDER TO CONTINUE MEDIATION AND ADR COMPLETION DEADLINE**
DM1\8348668.1
C:\Users\rgarfias\Desktop\Stipulation and Proposed Order to Continue Mediation.DOCX

Plaintiff LESLIE D. TAUANUU ("Plaintiff"), and Defendant LOANCARE, LLC ("Defendant") hereby stipulate through their undersigned counsel as follows:

Whereas, counsel for Plaintiff and Defendant (collectively, the "Parties") have participated in two conference calls with Court appointed Mediator Teri Sklar (the "Mediator");

Whereas, the Mediator and the Parties agree that additional time and discovery will facilitate more meaningful settlement discussions;

Whereas, counsel for Defendant was preparing for a trial in another matter;

Whereas, the Mediator and the Parties have agreed to continue the mediation scheduled for October 23, 2017 until January 16, 2018, and have reserved a room for a half day of mediation on that date;

The Parties hereby stipulate and agree through their undersigned counsel, and request and order as follows:

1. The mediation between the Parties, which was scheduled for October 23, 2017, is continued until January 16, 2018; and
2. The ADR completion date is continued until such time thereafter as agreed by the Court.

The undersigned counsel agree to the foregoing.

Dated: January 2, 2018

**ANDERSON, OGILVIE & BREWER, LLP**

By: /s/ Mark F. Anderson
Mark F. Anderson (SBN 44787)

Attorneys for Plaintiff
Leslie D. Tauanuu

Dated: January 2, 2018

**DUANE MORRIS LLP**

By: /s/ Terrance J. Evans
Terrance J. Evans (SBN 227671)
Seth K. Kugler (SBN 304668)

Attorneys for Defendant
LOANCARE, LLC, et al.

## ORDER

Having read the forgoing stipulation, the Court hereby orders as follows:

1. The mediation between the Parties, which was scheduled for October 23, 2017, is continued until January 16, 2018; and
2. The ADR completion date is continued until January 23, 2018.

**IT IS SO ORDERED.**

Dated: January 3, 2018

United States District Judge
Hon. Haywood S. Gilliam, Jr.

DM1\8348668.1

C:\Users\rgarfias\Desktop\Stipulation and Proposed Order to Continue Mediation.DOCX